UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DOUGLAS FINLEY,<br>            Plaintiff | Civil Action No.<br>04-2142 |
| versus | Section "K"<br>Stanwood R. Duval, Jr. |
| FEDEX GROUND PACKAGE SYSTEM, INC.,<br>            Defendant | Magistrate "4"<br>Karen Wells Roby |

### DEFENDANT FEDEX GROUND PACKAGE SYSTEM, INC.'S RULE 41(b) MOTION TO DISMISS

Fedex Ground Package System, Inc. ("Fedex Ground"), Defendant, files its Motion to Dismiss pursuant to Federal Rules of Civil Procedure 41(b) seeking the dismissal of Plaintiff's claims in its entirety. FedEx Ground's reasons are more fully set forth in the attached Memorandum in Support.

/s/ Andrew P. Burnside
Andrew P. Burnside, Esq., LA Bar No. 14116
Coats | Rose
400 Poydras Street, Suite 1680
New Orleans, Louisiana 70130
Telephone: (504) 299-3083
Facsimile: (504) 299-3071

Attorney for Defendant, FedEx Ground Package System, Inc.

1143041.5/008138.000004

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing Defendant FedEx Ground Package System, Inc.'s Rule 41(b) Motion to Dismiss has been served on the following, via Hand Delivery:

>Mr. Douglas Finley
>403 Briargrove Drive
>Slidell, LA 70456

This 25th day of September, 2008.

>/s/ Andrew P. Burnside
>Andrew P. Burnside