UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DOUGLAS FINLEY,<br>　　　　　　Plaintiff | Civil Action No.<br>04-2142 |
| versus | Section "K"<br>Stanwood R. Duval, Jr. |
| FEDEX GROUND PACKAGE SYSTEM, INC.,<br>　　　　　　Defendant | Magistrate "4"<br>Karen Wells Roby |

**O R D E R**

Considering Defendant, FedEx Ground's 41(b) Motion to Dismiss;

IT IS ORDERED that Defendant's Motion is granted;

IT IS FURTHER ORDERED that Plaintiff's claims be dismissed in its entirety with prejudice.

New Orleans, Louisiana, this 29th day of    October   , 2008.

_____
　　　　　J U D G E

1143041.5/008138.000004